Searfoss, Appellant, v. White Haven Borough
School District.

Submitted November 19, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Conrad A. Falvello,* for appellants.

*Albert F. Maier* and *Nelson A. Bryan,* for appellees.

OPINION PER CURIAM, December 30, 1959:

The decree of the court below sustaining the defendants' preliminary objections and dismissing the plaintiffs' complaint is affirmed on the opinion of Judge LEWIS of the 11th Judicial District for the court en banc.

Decree affirmed at the appellants' costs.